U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP - 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ALEA LONDON, LTD.** | : | **DOCKET NO. 06-927** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **MERITAGE, INC. D/B/A BAROLO'S** | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

Before the Court is a "Motion for Default Judgment" (doc. #9) filed by Plaintiff wherein the mover seeks to have this Court grant the motion for default declaring that the policy of insurance issued to Meritage, Inc. does not provide coverage for the claims of any defendant in connection with the lawsuit filed by Jonathan Bonini, Mykola Velygurov and Nataliya Veligurova in the 14th Judicial District Court, nor is the insurer obligated to provide a defense or indemnity with regard to these claims, which arise out of an automobile accident which occurred on September 20, 2003. Rule 55 (b)(2) provides the following pertinent language:

> . . . If, in order to enable the court to enter judgment or to carry it into effect, it is necessary to take an account or to determine the amount of damages or to establish the truth of any averment by evidence or to make an investigation of any other matter, the court may conduct such hearings or order such references as it deems necessary and proper . . . .

Plaintiff has failed to submit the insurance policy at issue in this declaratory action. Accordingly, it is

**ORDERED** that the Plaintiffs submit as evidence a certified copy of the policy of commercial property and general liability insurance issued by Alea London, Ltd. to Meritage Inc.

d/b/a Barolo's, bearing policy no. ALRS02-637, with a coverage period of February 19, 2003 to February 19, 2004 within thirty (30) days of this order.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 5th day of September, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE.